GREYHOUND CORPORATION et al., Appellants, *v.* COMMERCIAL CASUALTY INS. Co. et al., Defendants, and FIRST REINSURANCE COMPANY OF HARTFORD, Respondent.

Argued November 12, 1940; decided November 26, 1940.

*Milton B. Ignatius* and *Joseph S. Catalano* for appellants.
*Charles H. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.